**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
KRITINA LEE KNIEF,

                       Plaintiff,

    -against-                                      20 **CIVIL** 6242 (PED)

                                                                **<u>JUDGMENT</u>**

COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated November 22, 2021, the Commissioner's motion is GRANTED and plaintiff's motion is DENIED; accordingly, the case is closed.

**Dated:** New York, New York

      November 22, 2021

                                                      **RUBY J. KRAJICK**

                                                      **Clerk of Court**
                            **BY:**               K. Mango

                                                      **Deputy Clerk**